Kevin L. KEITHLEY and Tren Technologies Holdings, LLC, Plaintiffs–Appellants,

v.

The HOMESTORE.COM. INC., National Association of Realtors, and National Association of Home Builders of the United States, Defendants–Cross Appellants.

Nos. 2009–1300, 2009–1321.

United States Court of Appeals, Federal Circuit.

June 1, 2009.

Scott R. Mosko, Finnegan, Henderson, Farabow, Palo Alto, CA, for Plaintiffs–Appellants.

Bruce J. Rose, Alston & Bird LLP, Charlotte, NC, for Defendants–Cross Appellants.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).